IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Criminal Case No. 10-cr-00465-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JASON LUCERO,

    Defendant.

## FORFEITURE MONEY JUDGMENT

THIS MATTER comes before the Court on the United States' Motion for Forfeiture Money Judgment. The Court, having read said Motion, and being fully advised in the premises, finds:

The United States and Defendant Jason Lucero entered into a Plea Agreement and Statement of Facts Relevant to Sentencing, which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

that Defendant's interest in the following:

> Forfeiture Money Judgment in the amount of $850.00, constituting proceeds obtained by Defendant as a result of the offenses of distributing a controlled substance (cocaine base)

is forfeited to the United States in accordance with 21 U.S.C. § 853. Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Forfeiture Money Judgment shall become final as to

Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

DATED June __3__, 2011.

BY THE COURT:

PHILIP A. BRIMMER
United States District Judge